UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CORRIS L. JACKSON,

        Petitioner,                    Case No. 1:07-cv-154

v.                                            Honorable Wendell A. Miles

PATRICIA L. CARUSO et al.,

        Respondents.
        _____/

## ORDER

        This is a habeas corpus action brought by a state prisoner pursuant to 28 U.S.C. § 2254. This matter is before the Court upon Petitioner's motion for reconsideration of the magistrate judge's order requiring him to file an amended petition on the form (docket #15) and motion for reconsideration of the magistrate judge's order regarding Petitioner's request for correction of his name (docket #16).

        In his motion for reconsideration of the magistrate judge's order requiring him to file an amended petition on the form, Petitioner argues that the form would not be helpful in his case because it concerns a misconduct conviction. Petitioner correctly observes that the court's habeas corpus form is designed to collect information regarding a criminal conviction, not a misconduct conviction. Accordingly, the Court will grant Petitioner's motion and vacate the order requiring him to file an amended petition on the form. Petitioner may proceed on his original habeas petition (docket #1).

        Petitioner also seeks reconsideration of the magistrate judge's order regarding Petitioner's request for correction of his name on the case docket record. He requested that his name

be changed from "Corris L. Jackson" to Corris L. Jackson-El." As the magistrate judge explained, it is the policy of the Clerk of the Court to use the same name for a prisoner as used by the Michigan Department of Corrections (MDOC). This prevents prisoners from filing cases under multiple names and helps to ensure proper delivery of prisoner mail from this Court. According to the MDOC Offender Tracking and Information System (OTIS), Petitioner's name is "Corris L. Jackson." However, to accommodate Petitioner's request, The Clerk of the Court amended Petitioner's name on the docket record to include "*named as Corris L. Jackson-El*" immediately below the name "Corris L. Jackson." The Magistrate Judge denied any further correction of Petitioner's name. Petitioner continues to argue that the only name that should appear on the Court's docket sheet is "Corris L. Jackson-El." The Court finds that Petitioner's request regarding his name has been sufficiently accommodated by the Court.

Petitioner further claims that the Court misspelled the name of Defendant Cindi Curtin on the docket record. Below the name Cindi Curtin, it states "*Warden, named as 'Cindi Curtis.'*" This italicized text was included in the Court's docket record because Petitioner listed Curtin in the caption of his petition (docket #1) as "CINDI CURTIS-WARDEN (ECF)." Accordingly, the error was that of Petitioner, not the Court. Therefore:

IT IS ORDERED that Petitioner's motion for reconsideration of the order requiring him to file an amended petition on the form (docket #15) is GRANTED. The order requiring Petitioner to file an amended petition on the form (docket #13) is VACATED.

IT IS FURTHER ORDERED that Petitioner's motion for reconsideration of the order regarding Petitioner's request for correction of his name (docket #16) is DENIED.

Dated: <u>June 15, 2007</u>          /s/ Wendell A. Miles
                                      Wendell A. Miles
                                      Senior U.S. District Judge